# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS HOWARD, | ) | 3:15-CV-0417-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 1, 2016 |
| PAULINE SIMMONS, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff has filed a motion for the court to recognize inmate lay assistant (#14) at the mediation conference set in this case on May 31, 2016. Defendants opposed the motion (#16), and plaintiff replied (#17). Plaintiff's motion (#14) is **DENIED**.

   The plaintiff may have the assistance of law clerks at the prison prior to the mediation, and none of the issues in this case appears to be particularly complex. The court will not appoint one inmate to represent another.

   **IT IS SO ORDERED.**

                                                                               LANCE S. WILSON, CLERK

                                                           By:            /s/
                                                                               Deputy Clerk